**Robert Lionel SANFORD, Plaintiff–Appellant,**

v.

**LEVIN, Chief Medical Officer (CSP); et al., Defendants–Appellees.**

No. 10–56160.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 19, 2013.

Robert Lionel Sanford, Chino, CA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

640

Martin Kosla, Susan Eileen Coleman, Esquire, Senior Litigation, Burke Williams & Sorensen, LLP, Los Angeles, CA, for Defendants–Appellees.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Former California state prisoner Robert Lionel Sanford appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment to defendants because Sanford failed to raise a genuine dispute of material fact as to whether defendants consciously disregarded Sanford's need for post-operative care, including in addressing a nasal bleed, after he had surgery for chronic sinus problems. *See id.* at 1057–58 (neither negligence nor difference of opinion between doctor and prisoner concerning the appropriate course of treatment amounts to deliberate indifference to serious medical needs).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.